|                                    |     |                     |
|------------------------------------|-----|---------------------|
|                                    | *   | IN THE              |
| ATTORNEY GRIEVANCE                  | *   |                     |
| COMMISSION OF MARYLAND              |     | SUPREME COURT       |
|                                    | *   |                     |
|                                    |     | OF MARYLAND         |
| v.                                 | *   |                     |
|                                    |     | AG No. 44           |
| STEPHEN ANTHONY GLESSNER           | *   |                     |
|                                    |     | September Term, 2022 |
|                                    | *   |                     |

**ORDER**

Upon consideration of the Joint Petition for Indefinite Suspension by Consent, filed on May 15, 2023, by Bar Counsel and the Respondent, Stephen Anthony Glessner, in which Respondent consents to the imposition of an indefinite suspension from the practice of law, it is this 16th of May 2023,

ORDERED, by the Supreme Court of Maryland, that, effective immediately, the Respondent, Stephen Anthony Glessner, be indefinitely suspended from the practice of law in the State of Maryland for violations of Rules 19-301.1, 19-301.3, 19-301.4, 19-301.5, 19-301.15(a) and (c), 19-301.16(d), 19-305.3(a) and (b), 19-308.1(b), 19-308.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct, Maryland Rule 19-407(a) and (b), and §10-304(a) of the Business Occupations & Professions Article; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Stephen Anthony Glessner from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Shirley M. Watts
Senior Justice



Gregory Hilton, Clerk